**EXHIBIT G**



**DATE OF TRANSLATION:**          19-Aug-20

**ELECTRONIC FILE NAME:**          B3 - Comunicado

**SOURCE LANGUAGE:**          Portuguese
**TARGET LANGUAGE:**          English
**TRANSPERFECT JOB ID:**          US0774857

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TCert v. 2.0

  

Produtos e Serviços    Market data e Índices    Soluções    Regu

# Release

Home / Notícias / Comunicado

08/18/2019

# Release

  

On 08/12/2019, the BSM Oversight Board judged the Broker XP Investimentos and its Market Relations Director on appeal, regarding the case of the product of the name client-facilitation (Administrative Process 012/2016). B3 will now briefly clarify how the product worked:

a) the broker used its own portfolio to provide liquidity for orders from its retail clients operating mini-future index and dollar contracts;

b) the trades were closed in the broker's own system and subsequently registered as direct trades on B3's trading platform, the PUMA Trading System;

c) finally, if there was another client of the brokerage house in the order book waiting to have his deal closed, the brokerage firm prioritized the execution of that offer, failing to carry out direct deals.

According to the trading rules of the PUMA Trading System platform, the prices of direct trades corresponded to the best prices available in the offer book, ensuring the best execution for the broker's clients.

However, some situations were identified in which the broker was unable to prioritize its clients' offers in the book, due to a difference of thousandths of seconds between the closing of the direct trade, via the broker's system, and

its registration on PUMA Trading System, the B3 trading platform.

Accordingly, and although the number of identified occurrences with regard to this time difference was reduced in percentage terms, the XP Investimentos broker and its director were convicted.

After numerous interactions with brokers, national and international clients, consulting companies and regulators, B3 concluded that, without derogating from the issues raised by BSM, the client-facilitation contained several elements that are positive for market dynamics. In this sense, B3 sought to improve client-facilitation, preserving its positive elements and simultaneously eliminating the issues identified by BSM. From this effort, which has greatly benefited from the contributions of the market and regulators, a new type of offer has emerged in the PUMA Trading System, called Retail Liquidity Provider (RLP).

RLP is an offer that can be used exclusively by brokers, or authorized clients, to provide liquidity for orders from retail clients operating mini-future index and dollar contracts. It works in a substantially similar way to XP Investimentos client-facilitation product, with the following improvements being highlighted:

a)   trades are closed on the PUMA Trading System, the B3 trading platform, and not on the broker's system. Thus, the risk of non-prioritization of customer offers is eliminated;

b)   RLP is subject to a maximum use limit, so that the liquidity of the offer book and the proper functioning of the pricing process are preserved.

The RLP rules were approved by the Board of the Brazilian Securities and Exchange Commission [Comissão de Valores Mobiliários, CVM] on 05/21/2019 and disclosed to the market on 06/10/2019, through Circular Letter 019/2019-VOP-B3. The start of the RLP operation in the PUMA Trading System occurred on 08/10/2019, and since that date, 10 brokers started to use the new offer.

Finally, B3 emphasizes that intermediaries are the main parties responsible for the investments and the flow of orders from retail customers. Therefore, it believes that the RLP will provide a relevant economic incentive for them to continue to invest in the expansion of an important market segment. The increase in liquidity due to the increase in the retail customer base will benefit all investors and, consequently, the entire market.

TODAS AS NOTÍCIAS

Termos de Uso e Privacidade | Canais de Atendimento

Canal de Denúncias

**PAGE INTENTIONALLY LEFT BLANK**



Produtos e Serviços    Market data e Índices    Soluções    Reg

# Comunicado

Home  /  Notícias  /  Comunicado

18/08/2019

# Comunicado

  

O Conselho de Supervisão da BSM julgou, no dia 12/08/2019, em instância recursal, a Corretora XP Investimentos e seu Diretor de Relacionamento com Mercado, sobre o caso do produto de nome client-facilitation (Processo Administrativo 012/2016). A B3 esclarece, de forma resumida, como funcionava o produto:

   a)   para oferecer liquidez às ordens de seus clientes de varejo que operavam minicontratos futuros de índice e de dólar, a corretora utilizava sua carteira própria;

   b)   os negócios eram fechados no sistema da própria corretora e, posteriormente, registrados como negócios diretos na plataforma de negociação da B3, o PUMA Trading System;

   c)  por fim, caso houvesse outro cliente da própria corretora no livro de ofertas esperando para ter seu negócio fechado, a corretora priorizava a execução daquela oferta, deixando de realizar os negócios diretos.

De acordo com as regras de negociação da plataforma PUMA Trading System, os preços dos negócios diretos correspondiam aos melhores preços disponíveis no livro de ofertas, garantindo a melhor execução para os clientes da corretora.

No entanto, foram identificadas algumas situações em que a corretora não conseguiu priorizar as ofertas dos

clientes que se encontravam no livro, em virtude da diferença de milésimos de segundos entre o fechamento do negócio direto, via sistema da corretora, e seu registro no PUMA Trading System, plataforma de negociação da B3.

Por este motivo, e apesar do número de ocorrências identificadas em relação a esta diferença de tempo ser bastante reduzido em termos percentuais, a corretora XP Investimentos e seu diretor foram condenados.

Após inúmeras interações com corretoras, clientes nacionais e internacionais, consultorias e reguladores, a B3 concluiu que, sem prejuízo dos apontamentos da BSM, o client-facilitation continha diversos elementos que são positivos para a dinâmica de mercado. Nesse sentido, a B3 buscou aperfeiçoar o client-facilitation, preservando seus elementos positivos e, simultaneamente, eliminando os apontamentos identificados pela BSM. Desse esforço, que em muito se beneficiou das contribuições do mercado e dos reguladores, surgiu um novo tipo de oferta no PUMA Trading System, chamada Retail Liquidity Provider (RLP).

A RLP é uma oferta que pode ser utilizada exclusivamente pelas corretoras, ou clientes por elas autorizados, para fornecer liquidez para as ordens de clientes de varejo que operam minicontratos futuros de índice e de dólar. Ela funciona de forma substancialmente igual ao produto client-facilitation, da XP Investimentos, destacando-se as seguintes melhorias:

   a)    os negócios são fechados no PUMA Trading System, plataforma de negociação da B3, e não no sistema da corretora. Assim, elimina-se o risco de não priorização de ofertas de clientes;

   b)   a RLP está sujeita a um limite máximo de utilização, para que a liquidez do livro de ofertas e o bom funcionamento do processo de formação de preços sejam preservados.

As regras da RLP foram aprovadas pelo Colegiado da Comissão de Valores Mobiliários (CVM) em 21/05/2019 e divulgadas ao mercado em 10/06/2019, por meio do Ofício Circular 019/2019-VOP-B3. O início de funcionamento da RLP no PUMA Trading System ocorreu em 10/08/2019, sendo que, desde essa data, 10 corretoras passaram a utilizar a nova oferta.

Por fim, a B3 ressalta que os intermediários são os principais responsáveis pelos investimentos e pelo fluxo de ordens de clientes de varejo. Por isso, acredita que a RLP propiciará relevante incentivo econômico para que continuem a investir na ampliação deste importante segmento de mercado. O aumento da liquidez em decorrência do aumento da base de clientes de varejo beneficiará a todos os investidores e, consequentemente, a todo o mercado.

Comunicado



